

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00430-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

**ROBERT DIXON TIPS PROPERTIES, LLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-10003
Honorable Tina Torres, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee recover its costs on appeal from appellant.

SIGNED August 10, 2022.

_____
Rebeca C. Martinez, Chief Justice